## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LARRY L. KURTULUS

_____

(Name of the plaintiff or plaintiffs)

v.

ARGOSY UNIVERSITY

_____

(Name of the defendant or defendants)

10CV7981
JUDGE PALLMEYER
MAG. JUDGE SCHENKIER

RECEIVED

DEC 16 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _____LARRY L. KURTULUS_____ of the county of ____Cook____ in the state of ____ILLINOIS____

3. The defendant is ____ARGOSY UNIVERSITY____, whose street address is ____999 PLAZA DRIVE____,
(city) _Schaumburg_ (county) __Cook__ (state) _Illinois_ (ZIP) _60173_
(Defendant's telephone number) _(847) - 969 4900_

II The plaintiff sought employment or was employed by the defendant at (street address)
____999 PLAZA DRIVE____ (city) _Schaumburg_
(county) __Cook__ (state) _Illinois_ (ZIP code) _60173_

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) _MAY_, (day) _21_, (year) _2009_

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of

discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about
(month)___*MAY*___ (day)__*21*__ (year)__*2009*__

(ii) ☒ the Illinois Department of Human Rights, on or about
(month)__*OctoBER*__ (day)__*1*__ (year)__*2009*__

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☒ YES. ☐ NO,

**but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human

Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this

policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting
the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____
(day)_____ (year)_____.

c. Attached is a copy of the

a. Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month) *OCTOBER* (day) *14* *OCTOBER* *6* (year) *2010* *2010* a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

SEE ATTACHED

— AGE DISCRIMINATION, NATIONAL ORIGIN
DISCRIMINATION
— RETALIATION

14.     [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒    Direct the defendant to (specify): MY WISH IS TO
COMPLETE THE PROGRAM WITH TUITION AND
AS IT WAS ORIGINALLY PROMISED. SEE ATTACHED
"THE FACTS SUPPORTING MY CLAIM" AND EXHIBITS

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

_____
Plaintiff's signature

LARRY L. KURTULUS

_____
Plaintiff's name

Plaintiff's street address  215 W. MINER STR. APT. 217

City ARLINGTON HEIGHTS    State ILLINOIS    ZIP 60005

Plaintiff's telephone number  847-392 7217

Date: ~~NOV. 29, 2010~~
DEC. 16, 2010

EOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 846-2009-36676 |

and EEOC

## Illinois Department Of Human Rights

State or local Agency, if any

| | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Name (indicate Mr., Ms., Mrs.) **Mr. Larry Kurtulus** | (847) 392-7217 | 10-08-1946 |

Street Address **5001 Carriageway Dr. Apt. 214, Rolling Meadows, IL 60008**    City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name **ARGOSY UNIVERSITY** | No. Employees, Members **500 or More** | Phone No. (Include Area Code) **(847) 969-4900** |
|---|---|---|

Street Address **999 Plaza Drive, Schaumburg, IL 60173**    City, State and ZIP Code

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address    City, State and ZIP Code

### DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest **04-17-2009** |
| ☒ CONTINUING ACTION | |

### THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with Respondent in Spring, 2006. My position is part time Business Instructor. During my employment I was subjected to jokes and harassment based on my national origin, Turkish, and denied opportunity to participate in the tuition aid benefit. I complained to Respondent to no avail.

I believe that I have been discriminated against based on my national origin, Turkish, in violation of Title VII of the Civil Rights Act of 1964 as amended.

I believe that I have been discriminated against based on my age 62, DOB 10-8-1946, in violation of the Age Discrimination Act of 1967, as amended.

RECEIVED EEOC
MAY 2 1 2009
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**May 21, 2009**
Date

Charging Party Signature

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Larry Kurtulus<br>215 West Miner Street, #217<br>Arlington Heights, IL 60005 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7010 1870 0001 1856 6751

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2009-36676 | Amy Burkholder,<br>Investigator | (312) 353-8906 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*     10/6/10

Enclosures(s)

**John P. Rowe,**
**District Director**

*(Date Mailed)*

cc: **ARGOSY UNIVERSITY**

EEOC Form 161-B (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: **Làrry Kurtulus**<br>**5001 Carriageway Drive, Apt. 214**<br>**Rolling Meadows, IL 60008**<br><br>**CERTIFIED MAIL 7010 1670 0001 3287 3578** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2010-00506** | **Amy Burkholder,**<br>**Investigator** | **(312) 353-89◯6** |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*                    10/14/10

**John P. Rowe,**
**District Director**
(Date Mailed)

Enclosures(s)

cc:     **ARGOSY UNIVERSITY - SCHAUMBURG**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2010-00506 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Larry Kurtulus | (847) 392-7217 | 10-08-1946 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5001 Carriageway Dr. Apt. 214, Rolling Meadows, IL 60008 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ARGOSY UNIVERSITY | 500 or More | (847) 969-4900 |

| Street Address | City, State and ZIP Code |
|---|---|
| 999 Plaza Drive, Schaumburg, IL 60173 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                         08-13-2009

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the Respondent on or about May 8, 2006. My most recent position was part-time Business Instructor. On May 21, 2009, I filed a charge of discrimination (#846-2009-36676). On or about August 13, 2009, I learned that I was not scheduled for any classes for the fall semester.

I believe I have been retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC

NOV 0 4 2009

CHICAGO DISTRICT OFFICE

Official Seal
Laura J Heide
Notary Public State of Illinois
My Commission Expires 06/26/2010

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 11/4/2009 _____ Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  11/04/09 |

# ILLINOIS DEPARTMENT OF
# Human Rights

Pat Quinn, Governor
Rocco J. Claps, Director

October 1, 2009

Larry Kurtulus
5001 Carriageway Dr APT 214
Rolling Meadows, IL 60008

Re:    **Larry Kurtulus v. Argosy University**
       Control No.:  **100806076**

Dear Complainant:

The United States Equal Employment Opportunity Commission (EEOC) and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC it was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

This letter is to inform you that you may proceed with your charge at the Department. **This does not affect the processing of your charge at EEOC.** If you wish to proceed with the Department, you must notify the Department in writing of your decision, either by mail or in person, within 35 days of receipt of this letter.

By Mail:    Your written decision should be sent via U.S. Postal certified mail, return receipt requested, to:   Illinois Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

In Person:  You must bring an original and one copy of your written decision. The Department will stamp the copies and one will be returned to you for your records.

You should also provide to the Department (Attn: EEOC Referred Charges/Intake Unit) a copy of the EEOC Determination and Findings as soon as you receive them from the EEOC. When the Department receives your documents, you will be mailed a letter containing additional information about your case.

Your failure to timely notify the Department of your decision will result in the Department closing your file. If you do not wish to proceed with the Department, you do not need to take any further action.

As stated above, this letter does not affect the processing of your charge at the EEOC, and does not apply to any settlement of this charge the parties have made with the EEOC. **If you have any questions regarding this process, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.**

It is not necessary that Respondent take any action at this time.

THE DEPARTMENT OF HUMAN RIGHTS

CC:    **Chief Executive Officer**
       **Argosy University**
       **999 Plaza Drive**
       **Schaumburg, IL 60173**

Revised 9/25/2009

100 West Randolph Street, Suite 10-100, Chicago, IL 60601, (312) 814-6200, TTY (217) 785-5125, Housing Line (800) 662-3942
222 South College Street, Room 101, Springfield, IL 62704, (217) 785-5100
2309 West Main Street, Marion, IL 62959 (618) 993-7463
www.state.il.us/dhr

November 28, 2010

Re: Larry Kurtulus vs. Argosy University,

## The facts supporting my claim of retaliation and discrimination are as follows:

I was hired by the Dean of School of Business, Dr. Harriet Kandelman, as a business faculty member and started teaching business courses from Spring 2006 semester at Argosy University's Schaumburg, Illinois campus, my job was to teach quantitative business courses on a part-time basis. I taught average of 4 courses per semester from spring 2006 to August 2009. I was paid bi-weekly and was a regular part-time employer. I am currently a P/T business instructor at Roosevelt University in Chicago.

August 2008, after 2.5 years of employment at the Argosy University, and after consulting with the Dean and encouraged by her, I started the Doctor of Business Administration program with a good faith. **EXHIBIT – 01.** The Tuition Aid was promised with a stipulation of continue teaching at least one course per term at the Argosy University.

Prior to starting the Doctoral program, I checked with the Human Resources Department whether I was actually qualified for the Tuition Aid program or not, the e-mail received from HR indicated that I was not, **EXHIBIT - 02.** I discussed HR's response with the Dean, despite HR's e-mail, she wanted me to start the program, then the Dean, the V.P. of Academics Affairs and the President all did signed the Tuition Aid forms and I had received the Tuition Aid for about 3 semesters. While continue teaching at the Argosy, I took courses toward my DBA, and completed 45% of the program on Spring 2009 semester with a 3.95 Grade Point average.

End of Spring II, 2009 semester, the Tuition Aid was abruptly taken away from me. I was denied the opportunity to participate in this program. This was the result of a policy changes I been told, instructors were then categorized as the part time faculty and the adjunct faculty. **EXHIBIT - 03.** There were no guidelines for this employment categorization nor a clear established rules, the administration's answer was; when you were first hired, you hired as such, it was HR's mistake. But under this policy some DBA candidates were allowed to receive the Tuition Aid benefit and some didn't, this unfair practice had raised questions for me about the implementation of their policies, my findings were that the categorization done deliberately and systematically to achieve corporate goals, which was minimizing the benefits. In my case the reason for denial were my age, 63 years, and my national origin, Turkish. During my tenure at the Argosy University , I was subjected to jokes and harassment about my native country.

Approximately a month prior to the denial of the Tuition Aid, March 2009. I was asked to apply for a student loan, which I did and have received the Loan. **EXHIBIT – 04.** At the time, I was paying the half of the tuition myself, financing the entire education with student loan was not an option since I am too old to incur a huge depth unfortunately this situation forced me to drop off the program. **EXHIBIT - 05**

After the denial of the Tuition Aid I had filed a complaint to EEOC, on May 21 2009. EEOC issues a Charge of Discrimination on the charges of Age and National Original. On November 4, 2009 I filed another complaint to EEOC and Charge of Discrimination was issues on the charges of Retaliation. I have received the Right to Sue notices for both charges on October 4, 2010 and October 16, 2010 respectively **EXHIBIT – 06.**

My teaching assignment with Argosy ended Summer II Semester, end of August 2009. I did repeatedly inquired for teachings assignments, none was offered. **EXHIBIT – 07**. The courses I taught were then assign to the other instructors: Financial management to Melvin D. Williams, see attached list **EXHIBIT – 08**. All Mathematics Courses to Mr. Siegeltuch see attached list **EXHIBIT – 09**.

The courses scheduled and assigned by the Dean, she could have easily assigned me at least one course instead of assigning 3 courses to Mr. Siegeltuch. I taught these courses number of times and I had very good faculty evaluations. **EXHIBIT - 10**. It is clear to me that her decision was based on retaliatory factors, me qualifying again for the Tuition Aid.

The names of the other instructors which was were in Doctoral Program were: **EXHIBIT – 11** William Fanizzo, age 47, born in Chicago and Christian C. Nkemeh, age 46 born in Philippines, both were DBA candidates. Mr. Fanizzo was allowed to receive Tuition Reimbursement but Mr.Nkemeh did not, Mr. Nkemeh was categorized as an Adjunct faculty thus not qualified as I was. Mr. Fanizzzo was categories as a Part-time instructor and allowed receiving benefits; he is native of Chicago and Dean's long time friend. In my opinion, Corporate Headquarters' administration officers were not consistent in employment categorization and thus, manipulated benefits as they wished. As of this semester William Fanizzo and Christian C. Nkemeh are still teaching at the Argosy University **EXHIBIT – 12**.

My wish is to complete the program and earn my Doctoral degree with Tuition Aid from Argosy as it was originally promised. If they cannot grant my wish and partially pay for it, then I expect to be compensated for my time and the monies I have invested plus any punitive damages. In all fairness, they could have grandfathered me in and kept their promises.

I am 64 years old man, born in Turkey and I am in a unique situation, this education was and is not a career maker for me. I want to gain more credentials by completing this program and a personal satisfaction. This is my last chance in life to pursue and to complete a doctoral degree which I am determined to do so.

Yours truly,

Larry L. Kurtulus
215 W. Miner Street Apt.217
Arlington Heights, Illinois 60005
Phone: 847-392 7217
E-Mail: lkurtulu@roosevelt.edu





August 6, 2008

Larry Kurtulus
5001 Carriageway Dr. Apt. 214
Rolling Meadows, IL 60008

Dear Mr. Kurtulus,

I am pleased to inform you that you have been conditionally accepted into the Doctor of Business Administration (DBA) degree program at Argosy University Schaumburg Campus for the Fall I 2008 semester. This acceptance is conditional upon receipt of your official transcripts.

An enclosed Audit spreadsheet shows the courses you will take in the Fall I 2008 semester. The spreadsheet, which we use to track your academic progress, displays the DBA degree program courses. You can download a registration form from our website at http://www.auschaumburg.net;and click on Registration. You will want to contact Maggie Cusick, New Student Coordinator, for your first registration (mcusick@argosy.edu or 847.969.4984). She will be contacting you via email within one week of acceptance regarding the registration process. You will also be contacted via email by the Director of Student Finance, Judy Kribley, with specific instructions for the financial aid application process. That contact information is 847.969.4927 or jkribley@argosy.edu.

For additional questions regarding registration or advising, contact me at 847.969.4918 or hkandelman@argosy.edu. We are here to make your entry into Argosy University, Schaumburg seamless and pleasant. Let any one of us hear from you as needed.

Sincerely,

Harriet Kandelman, Ph.D.
Dean, College of Business
Argosy University
Schaumburg Campus

Enclosures

EXHIBIT - 2

⟲ Reply  ⟳ Reply to all  ⟳ Forward | ⤒ ⤒ ✕ | ▲ ▼ | Close | ⊙ Help

❶ You forwarded this message on 7/25/2008 1:34 PM.

From:  Kribley, Judith                              Sent: Wed 7/23/2008 12:54 PM

To:     Kurtulus, Larry L.

Cc:

Subject: Tution Grant Benefit

Attachments:

View As Web Page

Hi Larry,

I checked on the possibility of this grant for you and have been told that as an adjunct you do not qualify. Sorry!

Please let me know if I can be of any further assistance.  Thanks.

*Judy*

Judith I. Kribley

Director of Student Finance

Argosy University – Schaumburg

999 N. Plaza Dr., Suite 111

Schaumburg, IL 60173-5403

Phone:  847-969-4927

Fax:  847-969-4999

*To receive a 100% refund for a 7 1/2 week course, the course must be dropped within the first seven days of the session start date.*

*To receive a 100% refund for a 15 week course, the course must be dropped by noon of the second Friday after the session start date.*

# INTEROFFICE MEMO

*EXHIBIT _03*

*TUITION ASSISTANCE Policy (OLD)*

**Date:** 7 March 2008

**To:** All Staff & Faculty

**From:** James Chitwood

**RE:** Tuition Assistance
========================================================================================

The Schaumburg campus encourages its employees to pursue development opportunities that improve their effectiveness on the job. As you are aware, Tuition Assistance is available to eligible employees and their dependents, pending budget approval. We have two programs that fall under Tuition Assistance:

**Tuition Grant**
**Tuition Reimbursement**

**Eligibility**
In order to be eligible to take advantage of the *tuition grant program* you must be a full-time employee with at least *six months* of service, or a part-time employee having completed *one year* of service, not necessarily continuous. In order to be considered for the *tuition reimbursement program* you must be a full-time employee with at least *one year* of service or a part-time employee with *two years* of service, not necessarily continuous. As an eligible employee you must _be actively employed_ at the beginning of any course for which the Tuition Grant is being awarded. For Tuition Reimbursement, you must be actively employed throughout the quarter for which you are seeking reimbursement.
All eligibility requirements will be applied when considering formal approval for participation in either program.
*An employee may only request up to two classes per term, and may be limited to 1 class per term. Dependents can take as many as allowed for the program, pending class space availability.*

**Tuition Grant Program**
This program provides the opportunity for employees and their immediate family members (spouse/domestic partner and children) to attend any EDMC educational institution under a full (100%) Tuition Grant. Extended family members (i.e., parents/in-law/step parents, siblings/step sisters/brothers, brothers-in-law, sisters-in-law, nephews, nieces, first cousins, grandchildren or grandparents) are eligible for a 25% Tuition Grant. Tuition Grants will be applied at the applicable percentage to tuition and required fees only. *Tuition Grants will not be applied to books, supplies, kits, living expenses or other fees for tangibles (such as technology fees, culinary fees, lab fees, food costs, etc.).* These fees are the full responsibility of the student.

**Tuition Reimbursement Program**
This program provides partial support for employees only (dependents are not eligible for this program) to further their education by pursuing degree's offered at non-affiliated educational institutions. Only job related program or course work is reimbursable. Priority consideration will be given to employees seeking credentials required or expected by accrediting agencies of our campus (i.e. faculty members seeking advanced degrees). Reimbursement will be on an individual course basis. Reimbursement/allocations for a particular course does not guarantee reimbursement for an entire degree program. Eligible employees will be considered for tuition reimbursement only if the course or program is not available on ground or on-line with an EDMC-affiliated institution (some exceptions apply – see Tuition Reimbursement Policy for more details).

**Intent**
In order to accurately budget and fairly administer these programs, we need to know if you or one of your family members is interested in the Tuition Grant Program or if you are interested in the Tuition Reimbursement Program. **Requesting participation in either of these programs does not guarantee you will be approved, since requests are subject to budget approval.** *However, in order to be considered for the upcoming fiscal year (July 2008 – June 2009) you must declare your intent or the intent of your dependents to request participating in either of these tuition assistance programs. Anyone who seeks participation who has not declared prior intent will be subject to approval on an exception basis only and may have to defer participation until the following fiscal year.*

If you *do intend* to request participation in either of these programs, you must complete and return the attached **TUITION INTENT FORM by March 21, 2008. Only requests returned by the deadline will be considered.** Forms turned in after March 21, 2008 deadline will not be considered valid for the upcoming fiscal year (*July 2008 – June 2009*).

*TUITION ASSISTANCE Policy*
*(NEW)*

# EDUCATION MANAGEMENT CORPORATION
## Tuition Grant Policy

**Policy:**                                                    **Effective January 1, 2009**

Education Management Corporation (EDMC) allows eligible employees the opportunity to apply for tuition grants for themselves and members of their families to take courses (residential, distance, degree or non-degree credit, continuing education and workshops) offered by Company-owned schools on a space available basis if certain conditions are met by the employee. EDMC reserves the right to cap or change this benefit at anytime with or without notice to employees.

## Definitions:

*Eligible Organization* - An operating unit of EDMC.

*Eligible Employee* – A full-time employee of an eligible organization with at least six months of service, or a part-time employee having at least one year of service; service not necessarily continuous. An eligible employee must be in good standing and be employed at the start of any course for which a tuition grant is being awarded. Casual employees, student workers and adjunct faculty are not eligible to participate in the Tuition Grant Program.

*Immediate Family Members* – The spouse/domestic partner and children of any eligible employee. Domestic partners must complete a Tuition Grant Domestic Partner Affidavit. Family members are eligible for tuition grants under the program once the eligible employee has completed at least one year of service.

*Extended Family Members* – The parents, parents-in-law, step parents, sisters, brothers, sisters and brothers-in-law, step sisters and brothers, daughters and sons-in-law, nephews, nieces, first cousins, grandchildren, and grandparents of any eligible employee. Family members are eligible for tuition grants under the program once the eligible employee has completed at least one year of service. As of July 1, 2009, extended family members will no longer be eligible for tuition grants. Extended family members who are continuing students as of July 1, 2009 will retain their eligibility for the Tuition Grant Program through the completion of their then current program as long as they remain continuing students.

*Tuition Grants* – Eligible employees have the opportunity to apply for full tuition grants for themselves and their eligible immediate family members. Eligible employees have the opportunity to apply for 25% tuition grants towards the costs of education for their eligible extended family members (see eligibility note in definition above). Tuition grants are applied at the applicable percentage to tuition, online lab fees, application, and enrollment fees less amounts the employee/family member receives in Federal and State financial aid grants or other grants or tuition scholarships. Eligible employees are excluded from receiving a tuition grant if receiving a federal education loan. Tuition grants do not apply to supplies, kits, living expenses, or other fees for tangibles (such as technology fee, culinary fee, lab fee, activity fee, etc.). These fees are the full responsibility of the student.

*Approved Courses* – Any course(s) currently offered at an EDMC school with available space after all non-tuition grant eligible students have been seated. Courses are limited to no more than two courses at a time for employees; non employee tuition grant eligible students may take as many courses as appropriate for their program. Campus Presidents have the option of limiting the total number of courses an employee may take per year based on workload and budget considerations. Likewise, the employee's supervisor or the Campus President may restrict course availability for any other reason.

1

*, University

EXHIBIT ~03          Page 1 of 1

*GRANT RECEIVED*


# ARGOSY UNIVERSITY.

**Hello Larry!** Logout | Help

My Home Page

May 16, 2009

**Campus Info**

**Academics**

**My Profile**

**My Account**

Account Summary
Make Payment Online
Payment Information

**My Finances**

## Account Information

🖨 Print Page

**At this time, the Student Portal can only accept Credit Card payments.**

**Larry Kurtulus**

**Select Enrollment 9/2/2008 Business Administration (DBA) ...**
Your balance for the selected enrollment is **$50.00**
  Pay Now

Account Details  **Payment Schedule  Make a Payment**

### Account Details

| Date | Transaction Details | Check#/Ref | Amount | Balance |
|---|---|---|---|---|
| 10/10/2008 | Tuition | Auto - 101008 | ($2,475.00) | $30.00 |
| 10/10/2008 | Technology Fee | Auto - 101008 | ($30.00) | $0.00 |
| 1/10/2009 | Tuition | Auto - 010509 | $4,950.00 | $4,950.00 |
| 1/10/2009 | Technology Fee | Auto - 010509 | $60.00 | $5,010.00 |
| 1/15/2009 | Tuition | Auto - 011509 | $2,475.00 | $7,485.00 |
| 1/15/2009 | Technology Fee | Auto - 011509 | $30.00 | $7,515.00 |
| 2/4/2009 | Student Payment | 1428257097 | ($60.00) | $7,455.00 |
| 2/10/2009 | EDMC Tuition Grant 2008-09 | FA 263868 | ($4,950.00) | $2,505.00 |
| 2/23/2009 | Student Payment | 1035 | ($2,000.00) | $505.00 |
| 3/4/2009 | Tuition | Auto - 030409 | $2,475.00 | $2,980.00 |

*Grant received! 2/10/09*

Go to page:  GO     page 2 of 4      ◀ prev   next ▶

GRAND RECEIVED



## ARGOSY UNIVERSITY.

Hello Larry! Logout | Help

My Home Page

May 16, 2009

**Campus Info**
**Academics**
**My Profile**
**My Account**
Account Summary
Make Payment Online
Payment Information

**My Finances**

# Account Information

🖶 Print Page

**At this time, the Student Portal can only accept Credit Card payments.**

**Larry Kurtulus**
**9/2/2008 Business Administration (DBA) ...**
Your balance for the selected enrollment is **$50.00**
Pay Now

Account Details   Payment Schedule   Make a Payment

## Account Details

| Date | Transaction Details | Check#/Ref | Amount | Balance |
|------|--------------------|-----------|--------|---------|
| 8/6/2008 | SCH Application Fee | | $50.00 | $50.00 |
| 8/6/2008 | SCH Check | | ($50.00) | $0.00 |
| 8/29/2008 | SCH Check | | ($85.00) | ($85.00) |
| 9/2/2008 | SCH Activity Fee | | $25.00 | ($60.00) |
| 9/2/2008 | SCH Technology Fee | | $60.00 | $0.00 |
| 9/2/2008 | SCH Tuition Business DBA | | $2,475.00 | $2,475.00 |
| 9/2/2008 | SCH Tuition Business DBA | | $2,475.00 | $4,950.00 |
| 9/2/2008 | Employee Tuition Grant | | ($4,950.00) | $0.00 |
| 10/9/2008 | Tuition | Auto - 100908 | $2,475.00 | $2,475.00 |
| 10/9/2008 | Technology Fee | Auto - 100908 | $30.00 | $2,505.00 |

GRAND received 9/2/08

Go to page:   GO   page 1 of 4   next ▶

EXHIBIT 7 - 04

SALLIE MAE
DISBURSEMENT REFUND PROCESSING CENTER
467 SWANSEA MALL DRIVE
SWANSEA, MA 02777

0000002155
Larry Kurtulus
5001 Carriageway Dr. Apt 214
Rolling Meadows, IL 60008

# allieMae Business Office Solutions

| CHECK DATE: 04/21/2009 | | CHECK NUMBER: 706182 | |
|---|---|---|---|

DESCRIPTION: AUSCH Student Stipend Check

AU Schaumburg Student Stipend. For questions, contact (866) 290-2777. To verify funds: (800) 239-4211.

| CONTACT: | REFERENCE NUMBER: | STUDENT ID: | AMOUNT: |
|---|---|---|---|
| (866) 290-2777 | 2000000 | @00090746 | $7,137.50 |

2941B 07/08        DETACH AND RETAIN THIS STATEMENT

9/07

**THIS CHECK HAS A COLORED BACKGROUND - DO NOT CASH THIS CHECK IF ANY OF THE SECURITY FEATURES LISTED ON THE BACK ARE NOT PRESENT**

allieMae
ISBURSEMENT REFUND PROCESSING CENTER
83 SWANSEA MALL DRIVE
WANSEA, MA 02777

Payable at:
THE BANK OF NEW YORK DELAWARE
Newark, DE 19711
62-35/311

CHECK NUMBER
706182

EXACTLY SEVEN THOUSAND ONE HUNDRED THIRTY SEVEN AND 50/100      DOLLARS

VOID AFTER 120 DAYS

### ARGOSY UNIVERSITY SCHAUMBURG STUDENT STIPEND CHECK

THE
R Larry Kurtulus
5001 Carriageway Dr. Apt 214
Rolling Meadows, IL 60008

| DATE: | AMOUNT: |
|---|---|
| 04/21/2009 | $7,137.50 |

⑈0000706182⑈ ⑆03110035⑆ ⑈300359830⑈

.ENT REFUND PROCESSING CENTER
.NSEA MALL DRIVE
.SEA, MA 02777

0000002154
Larry Kurtulus
5001 Carriageway Dr. Apt 214
Rolling Meadows, IL 60008

# allieMae Business Office Solutions

| ECK DATE: 04/21/2009 | CHECK NUMBER: 706181 |
|---|---|

SCRIPTION: AUSCH Student Stipend Check

AU Schaumburg Student Stipend. For questions, contact (866) 290-2777. To verify funds: (800) 239-4211.

| CONTACT: | REFERENCE NUMBER: | STUDENT ID: | AMOUNT: |
|---|---|---|---|
| (866) 290-2777 | 2000000 | @00090746 | $10,147.50 |

941B 07/08

DETACH AND RETAIN THIS STATEMENT

9/07)

THIS CHECK HAS A COLORED BACKGROUND - DO NOT CASH THIS CHECK IF ANY OF THE SECURITY FEATURES LISTED ON THE BACK ARE NOT PRESENT

allieMae

BURSEMENT REFUND PROCESSING CENTER
SWANSEA MALL DRIVE
NSEA, MA

Payable at
THE BANK OF NEW YORK (DELAWARE)
Newark, DE 19711
82-35/311

CHECK NUMBER
706181

XACTLY: TEN THOUSAND ONE HUNDRED FORTY SEVEN AND 50/100

DOLLARS

VOID AFTER 120 DAYS

ARGOSY UNIVERSITY SCHAUMBURG STUDENT STIPEND CHECK

E Larry Kurtulus
5001 Carriageway Dr. Apt 214
Rolling Meadows, IL 60008

| DATE: | AMOUNT: |
|---|---|
| 04/21/2009 | $10,147.50 |



**ARGOSY UNIVERSITY.**

## PROGRAM WITHDRAWAL FORM

Name: _LARRY KURTULUS_   Program: _DBA_
Date: _4/28/2009_   Student ID: _60633_
Address: _5001 CARRIAGWAY #214_
City: _Rolling MEADOWS_   State: _IL_   Zip: _60008_
Daytime Phone: _847-392 7217_   Evening Phone: _847-392 7217_

**Note:** Please include an add/drop form if you are registered for any courses.

Please check your reasons for voluntarily withdrawing from the program:

**Academic:**
☐ Subject matter too demanding
☐ Subject matter not demanding enough
☐ Another program better suits my needs
☐ Program did not meet my expectations
☐ Dissatisfied with performance of faculty
☐ Leaving the Program
☒ Other: _TUITION REINBURSTMENT DENIED IN MIDSTREAM, No FINANCIAL RESOURCES TO COMING._

**Personal**
☐ Program requires too much time
☐ Financial problems
☐ Family obligations
☐ Transferred/moved out of area
☐ Job demands

I understand that I am responsible for any financial penalty that may be incurred due to withdrawing from the program.

**Student Financial Services:**

Account in good standing: ☒ Yes   ☐ No   Balance: $2555 *

* _Once he is withdrawn from his summer class = $0_

(Student Financial Services and Program Chair signatures are required prior to submission to the Registrar's office)

Student Financial Services Signature: _Judith Kulley_   Date: _5-13-09_
Program Chair Signature: _Phil Cardenuo_   Date: _4/29/2009_
Student Signature: _____   Date: _4/28/09_

**Office Use Only:**

Exit Interview completed with: _____ (Advisor)   on _____ (Date)

Comments: _____

Last Date of Attendance Updated: ☐ Yes   Last Date of Attendance: _3-11-2009_   Drop Date: _4.28.09_

Recorded in Student Database: ☒ Yes   Registrar's Signature: _____

*Note: Drop date should match the date at the top of this form.*

**Original:** Academic File
**Copy:** Financial Aid; Student

Rev 10/21/08

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: **Larry Kurtulus**
5001 Carriageway Drive, Apt. 214
Rolling Meadows, IL 60008

**CERTIFIED MAIL 7010 1670 0001 3287 3578**

From: **Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2010-00506** | **Amy Burkholder,**<br>**Investigator** | **(312) 353-8906** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*                    10/14/10

**John P. Rowe,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc: **ARGOSY UNIVERSITY - SCHAUMBURG**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | EXHIBIT-06 |
| ☒ EEOC | 440-2010-00506 |

Illinois Department Of Human Rights and EEOC

*State or local Agency, if any*

| | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| icate Mr., Ms., Mrs.) | (847) 392-7217 | 10-08-1946 |

rry Kurtulus

Carriageway Dr. Apt. 214, Rolling Meadows, IL 60008

*City, State and ZIP Code*

ress

s the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
nated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| OSY UNIVERSITY | 500 or More | (847) 969-4900 |

idress

laza Drive, Schaumburg, IL 60173

*City, State and ZIP Code*

| | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

ddress

*City, State and ZIP Code*

| MINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest        Latest |
| | 08-13-2009 |

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

☐ CONTINUING ACTION

ARTICULARS ARE (*If additional paper is needed, attach extra sheet(s).*)

egan working for the Respondent on or about May 8, 2006. My most recent position was part-time Business
tructor. On May 21, 2009, I filed a charge of discrimination (#846-2009-36676). On or about August13,
09, I learned that I was not scheduled for any classes for the fall semester.

elieve I have been retaliated against for engaging in protected activity, in violation of Title VII of the Civil
ghts Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC

NOV 0 4 2009

CHICAGO DISTRICT OFFICE

Official Seal
Laura J Heide
Notary Public State of Illinois
My Commission Expires 06/26/2010

t this charge filed with both the EEOC and the State or local Agency, if any. I
idvise the agencies if I change my address or phone number and I will cooperate
with them in the processing of my charge in accordance with their procedures.

clare under penalty of perjury that the above is true and correct.

11/4/2009

*Date*          *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to
the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)  11/04/09

Laura J Heide

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Larry Kurtulus**
**215 West Miner Street, #217**
**Arlington Heights, IL 60005**

**CERTIFIED MAIL 7010 1870 0001 1856 6751**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

[ ] *On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 46-2009-36676 | Amy Burkholder, Investigator | (312) 353-8906 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe* 10/6/10

**John P. Rowe,**
**District Director**

(Date Mailed)

Enclosures(s)

**ARGOSY UNIVERSITY**

EXHIBIT 06

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 846-2009-36676 |

**Illinois Department Of Human Rights** and EEOC

State or local Agency, if any

| indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Larry Kurtulus | (847) 392-7217 | 10-08-1946 |

Address — City, State and ZIP Code
| Carriageway Dr. Apt. 214, Rolling Meadows, IL 60008

d is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe minated Against Me or Others. (If more than two, list under PARTICULARS below.)

| | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GOSY UNIVERSITY | 500 or More | (847) 969-4900 |

Address — City, State and ZIP Code
Plaza Drive, Schaumburg, IL 60173

| | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Address — City, State and ZIP Code

RIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest
**04-17-2009**

☒ CONTINUING ACTION

PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

egan employment with Respondent in Spring, 2006. My position is part time Business Instructor. During my nployment I was subjected to jokes and harassment based on my national origin, Turkish, and denied portunity to participate in the tuition aid benefit. I complained to Respondent to no avail.

elieve that I have been discriminated against based on my national origin, Turkish, in violation of Title VII of e Civil Rights Act of 1964 as amended.

elieve that I have been discriminated against based on my age 62, DOB 10-8-1946, in violation of the Age scrimination Act of 1967, as amended.

RECEIVED EEOC

MAY 21 2009

CHICAGO DISTRICT OFFICE

| it this charge filed with both the EEOC and the State or local Agency, if any. I dvise the agencies if I change my address or phone number and I will cooperate with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| clare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **May 21, 2009** — Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT - 07

Office Outlook Web Access | Type here to search | This Folder | 🔎 | 📖 Address Book | 📄 Options | 🔘 | Log Off

| Reply | Reply to All | Forward | Move | Delete | Close |

## MAT 096. Fall '09 Larry Kurtulus
Kurtulus, Larry L.

**Sent:** Tuesday, July 14, 2009 3:15 PM
**To:** Kandelman, Harriet
**Cc:** Kurtulus, Larry L

Hi Harriet – If you haven't staffed MAT 096 for Fall '09 yet, I am interested and available to teach it again, thank you.

Larry L. Kurtulus
Adjunct Faculty
Argosy University
Schaumburg, Illinois
Phone: 847-969 4900
Fax: 847-969 4978
E-mail; lkurtulus@argosy.edu

...ok Web Access Light                    https://email.edmc.edu/OWA/?ae=Item&t=IPM.Note&id=RgAAAA...

EXHIBIT - 07

| ...ook Web Access | Type here to search | This Folder | 🔎 | 📖 Address Book | 🗐 Options | 🧭 | Log Off |

| 📝 Reply | 📝 Reply to All | 📝 Forward | 📥 Move | ✖ Delete | Close |    ◆ ♦ ✖ |

**...ail**

📇 **Calendar**

👤 **Contacts**

  • • • • • • • •

📁 **Deleted Items** (1)
📝 **Drafts** [34]
📥 **Inbox** (11)
📧 **Junk E-mail**
📤 **Sent Items**

Click to view all folders ⊻

📂 Manage Folders...

## I/O Psy. Fall '09 - Larry Kurtulus
Kurtulus, Larry L.

**Sent:** Tuesday, July 14, 2009 3:09 PM
**To:** Kandelman, Harriet; Belmonte, Annmarie L.
**Cc:** Kurtulus, Larry L.

Dear Dr.Belmonte and Dr. Kandelman, if you did not staff the Industrial/organizational
psychology (PSY 320) for Fall '09 terms yet, I am interested and available to teach,
thank you.

Larry L. Kurtulus
Adjunct Faculty
Argosy University
Schaumburg, Illinois
Phone: 847-969 4900
Fax: 847-969 4978
E-mail: lkurtulus@argosy.edu

ESSSummer09 

ETH1617 -08

# ARGOSY UNIVERSITY.

| Student Link | Registration | Forms | Syllabi | Campus Directory | Current Events | Newsletters |

- Home
- Student Services
- New Students
- Student Finance
- Clinical Training
- Admissions
- Academic Departments
- Library
- Correctional Psychology Internship Program
- Special Topics

Argosy University
National Website

## Business Syllabi - Fall I 2009

NOTE TO STUDENTS: Syllabi posted on this website should be considered drafts. Content may be revised by the instructor before or after the term starts.

| Course # | Course Title | Instructor |
|----------|--------------|------------|
| B6021 | Managerial Accounting | Kowalski |
| B6027 | Perspectives in Change Leadership | Stone |
| B6028 | Solutions to Organizational Challenges | Fanizzo |
| B6102 | Economic Analysis | Heyman |
| B7223 | Strategic Planning and Implementation | Stone |
| B7330 | Marketing Research and Design | Hupfer |
| B7628 | Leading Innovation and Change | Fernandez |
| D9001 | Dissertation Block I | McNeely-Cortes |
| W7000 | Advanced Academic Study and Writing | McNeely-Cortes |

## Fall II 2009

| B6003 | Ethics in Business | Varnado |
| B6021 | Managerial Accounting | Heyman |
| B6025 | Management Decision Models | Balli |
| B6026 | Marketing Planning and Strategy | Alex |
| B7521 | Global Challenges | Nkemeh |
| B7783 | Solution Oriented Decision Models | McNeely-Cortes |

## Undergraduate Business Fall I & II 2009

| ACC 201 | Principles of Accounting | Balli |
| FIN 401 | Financial Managment | Williams |
| MGT 340 | Solution-Focused Decision Making | Siegluch |
| MGT 400 | Managing People for Performance | Varnado |
| MKT 302 | Marketing | Burke |
| MGT 402 | Project Managment | TBD |
| COM 301 | Negotiation and Conflict Resolution | TBD |

### Sign Up For Emergency School Closing Alerts

http://auschaumburg.net/MathFall2009.asp

EXHIBIT - 09



# ARGOSY UNIVERSITY.

| Student Link | Registration | Forms | Syllabi | Campus Directory | Current Events | Newsletters |
|---|---|---|---|---|---|---|

**Home**

**Student Services**

**New Students**

**Student Finance**

**Clinical Training**

**Admissions**

**Academic Departments**

**Library**

**Correctional Psychology Internship Program**

**Special Topics**

Argosy University
National Website

## Math Syllabi - Fall I & II 2009

Note to Students: Syllabi posted on this website should be considered drafts. Content may be revised by the instructor before or after the term starts.

| Course Number | Course Title | Instructor |
|---|---|---|
| MAT 096 | Mathmatics Review | TBD |
| MAT 106 | Quantitative Literacy | Siegeltuch |
| MAT 109 | General Education Mathmatics | Siegltuch |
| MAT 112 | General Education Statistics | Siegeltuch |

**Sign Up For Emergency School Closing Alerts**

4



| ARGOSY UNIVERSITY | Undergraduate End-of-Course Assessment Schaumburg Fall 2007 | Instructor: KURTULUS, LARRY Course Name: INDUSTRIAL/ORGANIZATIONAL PSYCH Course: PSY 320-S1 Session: ID#: A8109 Report Date: 1/8/2008 | End Date: 12/16/2007 Host Campus: Surveys: 8 |
|---|---|---|---|

**Note:** Argosy University is pleased to present this report based on the end-of-course assessments.

## Faculty

| | Size | S.D. | Mean | |
|---|---|---|---|---|
| The instructor was organized and prepared for class. | 8 | .66 | 4.3 | |
| The instructor inspired enthusiasm for the subject matter. | 8 | .99 | 3.4 | |
| The instructor encouraged questions and treated them respectfully. | 8 | .71 | 4.5 | |
| Instructor provided helpful and timely feedback on student work. | 8 | .48 | 4.6 | |
| Instructor informed students of their progress in time to correct deficiencies. | 8 | .71 | 4.5 | |
| The instructor made good use of the full class period. | 8 | .86 | 4.4 | |
| Instructor was effective in promoting meaningful student discussions. | 8 | .86 | 4.4 | |
| The instructor was available to students outside of class. | 8 | 1.10 | 4.3 | |
| The instructor provided clear critiques of student work. | 8 | .86 | 4.4 | |
| Instructor was fair and respectful with regard to issues of gender, race, ethnicity, religion, abilities, age, sexual orientation and physical ability. | 8 | .66 | 4.8 | |



## Summary Questions

| | Size | S.D. | Mean | |
|---|---|---|---|---|
| Overall rating as instructor. | 7 | 1.10 | 4.0 | |
| Overall rating of the course. | 8 | .86 | 3.6 | |



EX HIBIT - 10



| | Undergraduate End-of-Course Assessment | | Instructor: KURTULUS, LARRY |
|---|---|---|---|
| | | | Course Name: MANAGING DECISION MODELS |
| ARGOSY UNIVERSITY | | | Course: MGT 341-S1 |
| Schaumburg | | | Session:       End Date: 08/18/2007 |
| Summer 2007 | | | ID#: A8042       Host Campus: |
| | | | Report Date: 10/10/2007       Surveys: 3 |

**Note:** Argosy University is pleased to present this report based on the end-of-course assessments.

## Faculty

| | Size | S.D. | Mean |
|---|---|---|---|
| The instructor was organized and prepared for class. | 3 | .94 | 4.3 |
| The instructor inspired enthusiasm for the subject matter. | 3 | .47 | 4.7 |
| The instructor encouraged questions and treated them respectfully. | 3 | .00 | 5.0 |
| Instructor provided helpful and timely feedback on student work. | 3 | .00 | 5.0 |
| Instructor informed students of their progress in time to correct deficiencies. | 3 | .00 | 5.0 |
| The instructor made good use of the full class period. | 3 | .47 | 4.7 |
| Instructor was effective in promoting meaningful student discussions. | 3 | .94 | 4.3 |
| The instructor was available to students outside of class. | 2 | .00 | 5.0 |
| The instructor provided clear critiques of student work. | 3 | .47 | 4.7 |
| Instructor was fair and respectful with regard to issues of gender, race, ethnicity, religion, abilities, age, sexual orientation and physical ability. | 3 | .00 | 5.0 |



## Summary Questions

| | Size | S.D. | Mean |
|---|---|---|---|
| Overall rating as instructor. | 3 | .47 | 4.7 |
| Overall rating of the course. | 3 | .47 | 4.3 |






# ARGOSY UNIVERSITY

June 30, 2008

TO: Harper College Human Resources
jobs@harpercollege.edu

RE: Letter of Reference for Larry Kurtulus
Job Title: Mathematics, Full-time Faculty, Department Math & Science

Larry L. Kurtulus has asked me to write a letter of reference regarding this employment candidacy for Harper College. I am please to do so.

Larry has been teaching for us since the 2006 Spring semester. He is an accomplished and dedicated instructor whom we are fortunate to have on staff. Larry is our mathematics instructor. He teaches in our undergraduate BS degree program, the 100 and 200 level courses of Survey of Mathematics, College Algebra, Statistics, and the developmental math courses of Mathematics Review I and II. When we offer Intermediate College Algebra, Precalculus Mathematics, and Introduction to Calculus, Larry will be the instructor He enjoys teaching students, who, in turn, adore studying with him. Some self-described "math phobic" students have successfully learned math while studying with Larry and enjoyed the subject.

Larry is a dedicated instructor with a strong ethic. When students need additional assistance, he always finds time to work with them one-on-one. I appreciate his contributions to the college community and timely responses to submitting his course syllabi, responding to email messages, and answering other related requests.

Please feel free to contact me if you would like further information regarding Larry Kurtulus.

Sincerely yours

Harriet A. Kandelman, Ph.D.
Dean, College of Business
Argosy University
Schaumburg Campus
hkandelman@argosy.edu
847-969-4918

EXHIBIT-11.

# ARGOSY UNIVERSITY.

| Student Link | Registration | Forms | Syllabi | Campus Directory | Current Events | Newsletters |

**Home**

**Student Services**

**New Students**

**Student Finance**

**Clinical Training**

**Admissions**

**Academic Departments**

**Library**

**Correctional Psychology Internship Program**

**Special Topics**

Argosy University
National Website

## School of Business

- Chris Fernandez, Ph.D.
- Christian Nkemeh, Ph.D.
- Frank Pleticha, MBA
- Harriet Kandelman, Ph.D.
- Herb Hupfer, Ph.D.
- Mel Williams, Ph.D.
- Myron Kowalski, MBA
- Ted Alex, Ph.D.

- Gloria Fragoso-Diaz, Ph.D.
- Larry Kurtulus, MBA
- Sharon McNeely-Cortes, Ph.D
- William Fanizzo, MBA
- Bharat Thakkar, Ph.D.
- Edward Balli, DBA
- Wayne Stone, DBA
- George A. Heyman, CPA, MBA
- Vashti Varnado, JD, MA
- H. Frank Cervone, Ph.D.

**Sign Up For Emergency School Closing Alerts**

PHD CANDIDATES RECEIVING GRANTS

FW: Tuition Assistance Intent Enrollment Begins Today                                    Page 1 of 3

Reply  Reply to all  Forward | 🗐 🗐 ✕ | ⬆ ⬇ | Close | 🅗 Help

EXHIBIT - 11

🅐 You replied on 4/11/2009 6:36 PM.

From: Kandelman, Harriet                                           Sent: Thu 4/9/2009 4:56 PM

To:     Kurtulus, Larry L.; Fanizzo, William J.; chineze nkemeh

Cc:                                                                PHD CANDIDATES
                                                                   RECEIVING GRANTS!
Subject: FW: Tuition Assistance Intent Enrollment Begins Today
Attachments:

                                                                   View As Web Page

---

Facutly,

Go to the website and enter your intent for tuition assistance. Do so now.  If you miss the April 17, 09 deadline you will not be eligible for the tuition benefit.

Thanks,

Harriet


Harriet A. Kandelman, Ph.D.

Dean, College of Business

Schaumburg Campus

999 N. Plaza Dr., Ste. 111

Schaumburg, IL 60173

Voice: 847-969-4918

Fax: 847-969-4998

hkandelman@argosy.edu

www.argosy.edu


From: Xie, Lei
Sent: Tuesday, April 07, 2009 4:03 PM
To: _AUCHINW core staff
Subject: FW: Tuition Assistance Intent Enrollment Begins Today
Importance: High

---

EXHIBIT 7-11

**Bill (William) Fanizzo, MBA**

Bill Fanizzo has a food services career background as manager, general manager, and director. He is currently a staffing executive at a food services placement corporation in Chicago. He took his MBA from the Lake Forest Graduate School of Management, and is currently enrolled in the management doctorate degree program. Bill teaches courses in economics, management, strategy, marketing, and international business. He also teaches for Argosy Online (OHE).

Contact: wfanizzo@argosy.edu

EXHIBIT -Y

Christian C. Nkemeh, Ph.D.

Dr. Nkemeh took his MBA and Ph.D. degrees in Business Management from Manuel L. Quezon University, Manila, Philippines. He is expert in strategic management, including formulation of plans, goals, objectives, and strategies for mission accomplishment. He has worked in business/market development, organizational development, research and marketing, and management systems. Dr. Nkemeh is an Ed.D candidate in the College of Education at Argosy University. He teaches courses in decision models, information management, strategy and operations, and management science.
Contact: cnkemeh@argosy.edu

Larry Kurtulus, MBA

Mr. Kurtulus earned an MBA degree in Business Administration from the Illinois Institute of Technology (IIT) and an undergraduate B.Sc. degree from the Milwaukee School of Engineering. He has 15 years of engineering and international marketing experience in a variety of industries and marketing research/evaluation functions on both the client and supplier sides. On the engineering front, his expertise is system design in hydraulic, fluid and ash conveying systems and new product development, and productivity improvements. He is also involved in managing continuous process improvement programs and performed process evaluations and training of personal. He teaches courses in finance, industrial/organizational behavior, statistics, and math.
Contact: lkurtulus@argosy.edu

EXHIBIT _ 12



| Student Link | Registration | Forms | Syllabi | Campus Directory | Current Events | Newsletters |
|---|---|---|---|---|---|---|

**Home**

**Student Services**

**New Students**

**Student Finance**

**Clinical Training**

**Admissions**

**Academic Departments**

**Library**

Argosy University National Website

## Business Syllabi

NOTE TO STUDENTS: Syllabi posted on this web site should be considered drafts. Content may be revised by the instructor before or after the term starts.

### Fall I 2010

| Course # | Course Title | Instructor |
|---|---|---|
| B6003 | Ethics in Business | Varnado |
| B6021 | Managerial Accounting | Kowalski |
| B6023 | Operational Planning | Wells |
| B6028 | Solutions to Organizational Challenges | Fanizzo |
| B6102 | Economic Analysis | Heyman |
| B6201 | Investment Portfolio Theory | Wang |
| B6504 | Measuring & Managing Quality in HC Org | Coon |
| B7403 | Management Science | Xanthopoulos |
| B7432 | Corporate Social Responsibility | Nkemeh |
| B7777 | Solutions Leadship | Fernandez |
| D9001 | Dissertation Block 1 | Stone |
| W7000 | Advanced Academic Study & Writing | McNeely |
| | | |
| | | |

### Fall II 2010

| Course # | Course Title | Instructor |
|---|---|---|
| B6022 | Financial Management | Xanthopoulos |
| B6024 | Information Management | Allton |
| B6025 | Management Decision Models | Wang |
| B6102 | Economic Analysis | Heyman |
| B7223 | Strategy & Planning Implementation | Stone |
| B7610 | Leadership in Global & Multicultural Orgs | Stone |
| B7783 | Solutions Oriented Decisions Model | Alex |
| W7000 | Advanced Academic Study & Writing | Coon |
| | | |
| | | |

**Sign Up For Emergency Alerts**