## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7981 | **DATE** | 5/23/2011 |
| **CASE TITLE** | Larry L. Kurtulus vs. Argosy University | | |

**DOCKET ENTRY TEXT**

Plaintiff Larry Kurtulus has filed a motion for refund of the filing fee he paid on March 3. He asserts that his application for leave to proceed *in forma pauperis* "confirms the original non requirement of this fee." The court therefore grants the motion for refund in part and denies it in part. The Clerk is directed to refund $175.00 to Mr. Kurtulus. (For further details see minute order.)

■[ For further details see text below.] 

Notices mailed by Judicial staff.

### STATEMENT

Plaintiff Larry Kurtulus has filed a motion for refund of the filing fee he paid on March 3. He asserts that his application for leave to proceed *in forma pauperis* "confirms the original non requirement of this fee."

The court disagrees that Mr. Kurtulus's financial affidavit is sufficient to excuse his payment of the filing fee in this case. Mr. Kurtulus is employed by Roosevelt University, where he earns a modest income. He has $2200 in the bank and an IRA worth $6400. Had the court considered these circumstances in the first instance, it would have directed Mr. Kurtulus to pay a partial filing fee in the amount of $175.00.

The court therefore grants the motion for refund in part and denies it in part. The Clerk is directed to refund $175.00 to Mr. Kurtulus.